UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAULYN TEJEDA CARRION,

Petitioner,

v.

NATHAN ALLEN, *et al*.,

Respondents.

Case No.   1:26-cv-05050 (EJD)

**ORDER RE PETITION FOR WRIT OF HABEAS CORPUS**

Re: Dkt. No. 1

The Court is in receipt of Petitioner's Writ of Habeas Corpus ("Petition"). Respondents shall file a response to the Petition by July 15, 2026. Failure to timely respond shall be construed as a non-opposition. *See* L.R. 230(c). Petitioner may file a reply by July 22, 2026. Respondents are prohibited from deporting the Petitioner or removing him from the Eastern District of California while the Petition is pending. The matter is not set for a hearing, though the Court may set one should it later be determined that a hearing is necessary. Counsel for Respondents shall promptly enter notices of appearance.

**IT IS SO ORDERED.**

Dated: July 1, 2026

EDWARD J. DAVILA
United States District Judge

Case No.: 1:26-cv-05050-EJD

1